**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

GARNET SMITH                          :
    **Plaintiff,**                   :
                                      :
**v.**                                :    **No. 24-cv-1422**
                                      :
WELLPATH, LLC, *et al.*,              :
    **Defendants.**                  :

## O R D E R

**AND NOW**, this 30ᵗʰ day of March, 2026, upon consideration of Defendant Britney Huner's Motion to Dismiss the Amended Complaint (ECF No. 34), Plaintiff Garnet Smith's Response thereto (ECF No. 44), and Defendant Huner's Reply (ECF No. 45), and upon further consideration of Defendants Dr. Anthony Letizio and Dr. Saeed Bazel's Motion to Dismiss the Amended Complaint (ECF No. 33), and Smith's failure to comply with the Court's order to file a response thereto (ECF No. 49), it is **ORDERED** that:

1.    Huner's Motion to Dismiss (ECF No. 34) is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2.    **No later than April 13, 2026**, Defendant Britney Huner shall file an Answer to the Amended Complaint.

3.    All claims asserted against Dr. Anthony Letizio and Dr. Saeed Bazel are **DISMISSED WITH PREJUDICE** for failure to prosecute for the reasons stated in the Court's accompanying Memorandum.

4.    Dr. Anthony Letizio and Dr. Saeed Bazel's Motion to Dismiss (ECF No. 33) is **DENIED AS MOOT**.

5. The Clerk of the Court is **DIRECTED** to **TERMINATE** the following Defendants from the docket: Wellpath, LLC, Dr. Anthony Letizio and Dr. Saeed Bazel.

6. If Smith still intends to prosecute this case against Dr. Letizio and Dr. Bazel, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e).

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**