**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARNET SMITH** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 24-cv-1422** |
| | : | |
| **MS. BRITNEY HUNER,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this 20th day of August, 2026, for the reasons set forth in the Memorandum issued this date, it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE**.
2. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*___________
JOSEPH F. LEESON, JR.
United States District Judge